**Order entered October 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01095-CV

## IN THE INTEREST OF L.S., A CHILD

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51075-2013**

## ORDER

The reporter's record in this case is past due. By letter dated October 8, 2018, we informed appellant the court reporter notified us that the reporter's record had not been filed because appellant had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellant to provide the Court with written verification showing the reporter's record had been requested and that appellant had paid for or made arrangements to pay for the record or had been found entitled to proceed without payment of costs. In response, appellant provided the Court with a copies of his October 9, 2018 request for the reporter's record and payment for the records from August 2, 2017, August 30, 2017, and May 31, 20183, and notice that payment for records from November 3, 2017 and August 23, 2018 would be paid separately.

Accordingly, we **ORDER** Kimberly Tinsley, Official Court Reporter for the 401st Judicial District Court, to file the requested reporter's records within **TWENTY DAYS** of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE